# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2022 KW 0843

VERSUS

MICHAEL CALLOWAY                               **SEPTEMBER 26, 2022**

---

In Re:    Michael Calloway, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No. 79-
          FELY-089531.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT DENIED.**

                        **MRT**
                        **WRC**
                        **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT